tional Fire Insurance Company, respondent. In the matter of the claim of John F. O'Brien. No opinion. Order affirmed, with $10 costs and disbursements.

---

SLOANE et al., Respondents, v. HALL, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Adela B. Sloane and others against Henry Hall, impleaded with others. M. Mayer for appellant. W. E. Griswold, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SMITH, Appellant, v. EL ARCO MINES CO., Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by John W. Smith against the El Arco Mines Company. C. H. Studin, for appellant. C. S. Keyes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SMITH, Respondent, v. KIELEY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Mary C. Smith against Timothy F. Kieley and others. No opinion. Judgment of the County Court of Queens county affirmed, with costs. See, also, 122 N. Y. Supp. 1146.

---

SMITH, Respondent, v. MURTHA & SCHMOHL CO., Appellant. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Alfred L. Smith against the Murtha & Schmohl Company. H. A. Levinson, for appellant. M. Ash, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

SOKODY, Respondent, v. AMERICAN RADIATOR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Action by John Sokody against the American Radiator Company. No opinion. Judgment and order affirmed, with costs.

---

SOLOMON, Respondent, v. GAVRELOWICH et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Herman Solomon against David Gavrelowich and another. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

In re SOUTH SHORE TRACTION CO. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) In the matter of the application of the South Shore Traction Company for the appointment of three commissioners to determine whether that portion of its proposed railroad located upon Hoffman Boulevard, borough of Queens, city of New York, ought to be constructed. No opinion. Order amended by the appointment of William S. Cogswell commissioner, in place of Paul Grout, who declined the appointment. See, also, 122 N. Y. Supp. 1146.

---

In re SOUTH SHORE TRACTION CO. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) In the matter of the application of the South Shore Traction Company for the appointment of three commissioners to determine whether that portion of its proposed railroad located upon Hoffman Boulevard, borough of Queens, city of New York, ought to be constructed. No opinion. Order amended by the appointment of Daniel D. Whitney, Jr., in place of William S. Cogswell, who declines to serve. See, also, supra.

---

SPIERO, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Joseph Spiero against the New York Central & Hudson River Railroad Company. W. Mann, for appellant. C. Oakes, for respondent.

PER CURIAM. Determination and judgment (64 Misc. Rep. 53, 117 N. Y. Supp. 1039) reversed, on the dissenting opinion of Lehman, J., in the Appellate Term (64 Misc. Rep. 55, 117 N. Y. Supp. 1041), and new trial ordered, with costs to appellant in this court and in the courts below to abide event. Order filed.

---

SQUIRES et al., Respondents, v. CONNORS BROS. CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by John A. Squires and another against the Connors Bros. Construction Company. No opinion. Judgment affirmed, with costs.

---

STARKWEATHER, Appellant, v. McDONALD, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by Jennie Starkweather against Byron McDonald. No opinion. Judgment affirmed, with costs.

---

STARR v. STARR et al. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Arthur Starr against John Starr and others. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer, and answer, on payment of costs of this appeal and in the court below.

---

STAR SHOE CO., Respondent, v. FALK, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by the Star Shoe Company against Max Falk. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

STATE OF NEW YORK NAT. BANK, Respondent, v. KENNEDY et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by the State of New York National Bank against Anna M. Kennedy and another.